```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 17153
   EMMIT M KELLY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6606

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/27/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00             .00             .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER     1522.04          108.98         1522.04
MKM AQUISITIONS           UNSEC W/INTER      106.61            8.20          106.61
AMOCO                     NOTICE ONLY    NOT FILED             .00             .00
AT&T WIRELESS             UNSEC W/INTER NOT FILED             .00             .00
CAPITAL ONE               UNSEC W/INTER NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      840.60           60.49          840.60
CITY OF CHICAGO WATER DE  UNSEC W/INTER      304.13           24.14          304.13
COMCAST                   UNSEC W/INTER NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER     1776.65          127.25         1776.65
ECAST SETTLEMENT CORP     UNSEC W/INTER     1312.21           93.99         1312.21
MCI TELECOMMUNICATIONS    UNSEC W/INTER NOT FILED             .00             .00
MEDINA HEALTH CLINIC      UNSEC W/INTER NOT FILED             .00             .00
MENS HEALTH MAGAZINE      UNSEC W/INTER NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1080.99          114.63         1080.99
PLAZA ASSOCIATES          UNSEC W/INTER NOT FILED             .00             .00
RESURGENT ACQUISITION LL  UNSEC W/INTER     4513.58          323.45         4513.58
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,494.00                          2,494.00
TOM VAUGHN                TRUSTEE                                             823.01
DEBTOR REFUND             REFUND                                                6.92

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            15,641.87

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   11,456.81
    INTEREST                                   861.13
ADMINISTRATIVE                               2,494.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 17153 EMMIT M KELLY
```

```
TRUSTEE COMPENSATION                                           823.01
DEBTOR REFUND                                                    6.92
                                       ----------------    ----------------
TOTALS                                      15,641.87          15,641.87
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/13/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```